out of the Bill, and sets out matter which is wholly immaterial to the Case, and furnishes no answer to the Charges in the Bill; and also because it contains a long recital of the certificate of a Justice in relation to a suit pending before him, which is irrelevant to the present case; and the said complainant therefore says that the said plea now standing for An Answer is impertinent in this beginning at the words "heretofore towit &c" in the first page, & ending with the words "notice &c" on third page

In which particulars the said Complainant humbly insists, the said Answer is impertinent, wherefore the said Complainant doth except thereto & humbly prays the same may be expunged

24th May 1830.                                    Alexr D. Fraser
see   1 Johns [Ch.] 103.                          of counsel for Compt


### William McDonald vs John Miller.

Filed May 28. 1830

In Chancery.          William McDonald
                                   Complainant.
           Between          and
                        John Miller & others
                        defendants.

Territory of Michigan   Ss.   Supreme Court of said Territory sitting in Chancery.

In pursuance of an order of this honorable Court made in the above Cause on the 24th day of May, instant, by which it was referred to one of the Masters of this honourable Court, to look into the Complainants bill and the Defendants plea, which was ordered to stand for an answer, and the Exceptions put in to said plea, and whether the said plea doth Contain matter not relevant and impertinent to the matter in Controversy in this Cause, in such parts as are accepted to by the Complainant for irrelevance and impertinence   I the subscriber, one of the masters of this honourable Court, do report, that I have looked into the said bill, plea and exception, and am of opinion that the said plea is totally irrelevant and impertinent, and that the exception is well taken —

Respectfully submitted —
Chas W. Whipple
Master in Chancery.
Sup Court.

Detroit May 28th 1830.


84.  John McDonell vs Michael Keminskii & David McCord —
Filed in open Court May. 14. 1828

John McDonell vs          Bill in Chancery Supe Court sitting
Michael Keminskii &      in Chancery May Term 1828.
David McCord——

And now the said David M^cCord having filed his answer in this Hon^l Court and the same being now at issue before the court prays the Hon. Court that the said Complainant John M^cDonell may be examined upon oath touching the allegations of said Bill, ~~that the same may be reduced to writing by the Register of said Court in open Court, during the present Term of said Court,~~ and that the said John M^cDonell be made to answer the following interogatories hereafter exhibited to said complainant, at a day certain to be appointed by the Court, or that the said John M^cDonell be adjudged in contempt and that his said Bill be dismissed with costs —— agreeably to the Statute intitled "An Act directing the mode of proceeding in Chancery"—

By C. Stevens Soli^tr of D. M^cCord

Interogatory 1—

What do you say as to the truth of the *facts, charges* and *allegations* exhibited in your said Bill?

Interogatory 2^d

Did you ever see, read or hear of the facts, charges and allegations of said Bill before they were filed in Court? if yea, when, at what time and place?, declare?

Interogatory 3^d

Did you ever make any improvements on said land in dispute if any, what? at what time? and if any previous to the date of the Defendants purchase by deed as set forth in said answer? Declare—

Interogatory 4th

Did you ever give any notice to the said David M^cCord that you ever intended to purchase said land in dispute, of said Michael Keminskii, if yea, at what time? in what manner? and before what witnesses? and what evidence did you shew of any title you had, or intended to have to said lands? declare fully and particularly in this behalf?

Interogatory 5th

Did you ever pay one cent for any lands to said Keminskii if yea, how much? at what time? and for what lands? and what writing you received or a memorandum of said contract? declare fully and particularly in relation to the same?

Interogatory 6th

Did you ever employ any solicitor to bring a Bill against this Deft— David M^cCord and if any, what *one?* for what consideration? declare— Have you any interest in said Bill?

Interogatory 7

Why did you not take a writing describing said tract of land in dispute at the time you made a bargain to purchase of the said Keminskii, declare? ——

Interogatory 8th

What other facts do you know in relation to the said case?—— declare ——

▬▬▬▬▬▬ Exceptions to the Answer of Joseph F- Eastman   Filed in open Court   May 25, 1829 ▬▬▬▬▬▬

In chancery, *Between.   Eleanor Eastman by her Guardian Catharine M^cNiff and others — complainants and Joseph F Eastman and Thomas Rowland defendants.*

Exception taken by the complainant to the Answer of Joseph F. Eastman one of the defendants, to the said Complainants bill of Complaint.—